**Opinion issued September 29, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00323-CV

———————————

## IN THE INTEREST OF A.M.P., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-29177**

## MEMORANDUM OPINION

Appellant, Jasmine Pilkington, has neither established indigence for purposes of court costs nor paid or made arrangement to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a), (b). After being notified that this appeal was subject to dismissal, appellant has not responded to this Court's notice and a clerk's record has not been filed. *See* TEX. R. APP. P. 37.3(a), (b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.